Edward A. Nelson for use of F. C. Struve, appellee, v. Nelson, Hunt and Company, appellant. Gen. No. 37,126.

Opinion filed June 20, 1934.

Vernon R. Loucks and A. J. Hennings, for appellant. Frankel & Frankel, for appellee; Sol A. Frankel, of counsel.

Mr. Justice Hebel delivered the opinion of the court.